John N. La Belle, Appellee, v. Virginia Hillsman and
Otto Hillsman, Appellants.

Gen. No. 43,930.

opinion filed February 3, 1947; released for publication Feb-
ruary 17, 1947. B. S. Quigley, for appellants; James C. Hallahan, of
counsel; Joseph A. Bailey, for appellee; James A. Moore, of counsel.
Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.